**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Financial Investments and Real Estate, LLC, | Case No. 22-11150-mdc |
| Debtor. | |

**ORDER**

AND NOW, this ___ day of _____ , 2022, upon consideration of the First Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC, Counsel to the Debtor, for the Period of May 3, 2022, through August 31, 2022 (the "Application"), it is hereby

ORDERED that Application is APPROVED; and it is further

1. ORDERED that the Debtor authorized to compensate Gellert Scali Busenkell & Brown, LLC, in the amount of $20,009.50 for services rendered as counsel for the Debtor and $208.98 for reimbursement of expenses for the period of May 3, 2022, through August 31, 2022, for a total due in the amount of $20,218.48 (the "Fees and Expenses").

2. The Applicant is hereby authorized to draw down the remainder of the Retainer balance of $7,299.00.

BY THE COURT:

Dated: _____

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY
JUDGE