**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Financial Investments and Real Estate, LLC, | Case No. 22-11150-mdc |
| Debtor. | |

**NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR**

TO: THE UNITED STATES TRUSTEE, RULE 2002 PARTIES, ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

     1.     A First Interim Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC (the "Applicant") as Counsel to Financial Investments and Real Estate, LLC (the "Debtor") has been filed in the amount of $20,009.50 for services rendered as counsel for the Debtor and $208.98 for reimbursement of expenses for the period of May 3, 2022 through August 31, 2022.

     2.     Your Applicant has not made any previous applications for compensation.

     3.     Any Creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19106 and serve a copy on counsel whose name and address appear below on or before fourteen (14) days from the date of this Notice.

     4.     Any creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

5. In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, counsel shall certify to the Court within fifteen (15) days from the date of this Notice, the absence of such filing and request approval of the fee application.

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: September 6, 2022

*/s/ Michael A. Cataldo*
Michael A. Cataldo (No. 49431)
1628 John F. Kenned Blvd. Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
mcataldo@gsbblaw.com

*Counsel to the Debtor*