IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| Financial Investments and Real Estate, LLC, | Case No. 22-11150-mdc |
| Debtor. | |

**ORDER PURSUANT TO 11 U.S.C. § 1125, FEDERAL RULES OF BANKRUPTCY PROCEDURE 3016, 3017, AND LOCAL RULE 3016-1 APPROVING DISCLOSURE STATEMENT RELATED TO PLAN OF REORGANIZATION PROPOSED BY FINANCIAL INVESTMENTS AND REAL ESTATE, LLC, THE DEBTOR AND DEBTOR-IN-POSSESSION AND FIXING DATES FOR THE FILING OF ACCEPTANCES, REJECTIONS, OR OBJECTIONS TO THE PLAN OF REORGANIZATION**

AND NOW this 6th day of December 2022, upon consideration of the motion (the "Motion" ) of Financial Investments and Real Estate, LLC, (the "Debtor") for order pursuant to 11 U.S.C. § 1125, Federal Rules of Bankruptcy Procedure 3016, 3017, and Local Rule 3016-1 for approval of the disclosure statement (the "Disclosure Statement") related to the plan of reorganization (the "Plan") and the Motion having been filed on July 29, 2022, and the Motion requesting a date for filing Acceptances, Rejections, or Objections to the Plan; and

It has been determined by the Court after hearing and notice on the Motion that the Disclosure Statement contains adequate information in accordance with the requirements of 11 U.S.C. § 1125 and that the proposed voting materials and procedures comply with the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;

It is ORDERED, and Notice is hereby given, that:

1. The Disclosure Statement is hereby APPROVED.

2. The proposed voting procedures and the proposed voting materials, consisting of a ballot are hereby approved.

3. On or before **December 2, 2022**, as required by Bankruptcy Rule 3017( d), the Debtor shall transmit by mail to all creditors and other parties in interest copies of the following: (1) the Plan of Reorganization; (2) the Disclosure Statement Related to Plan of Reorganization; (3) this Order; (4) a Ballot; and (5) a self-addressed envelope by which the Ballot may be returned to the Debtor's counsel.

4. **January 6, 2023**, is hereby set as the last date by which ballots must be received to be considered as acceptances or rejections of the Plan of Reorganization.

Ballots should be returned to:

>GELLERT SCALI BUSENKELL & BROWN, LLC
>Michael A. Cataldo, Esq.
>1201 N. Orange Street, Suite 300
>Wilmington, DE 19801
>mcataldo@gsbblaw.com

to be received on or before 5:00 p.m. on **January 6, 2023**. The Debtor may receive completed ballots by mail or email. Ballots arriving after such time shall not be opened or counted in the voting unless the Court otherwise orders.

5. In accordance with Bankruptcy Rule 3020(b)(l), **January 6, 2023**, is fixed as the date on or before which any written objection to confirmation of the Plan of Reorganization is required to have been filed with the Court and served upon counsel for the Debtor.

6. The Debtor shall file its Report of Plan Voting with the Clerk of the United States Bankruptcy Court on or before **January 10, 2023**.

7. The hearing on confirmation of the Plan shall be held on **January 11, 2023, at 12:00 pm (ET)** in the United States Bankruptcy Court, 900 Market Street, Courtroom #2,Philadelphia, Pennsylvania. via telephonically at1-877-336-1828 with access code 7855846#.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE